1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

7

8

9

10

11

12

13

14

15

JAMES O'NEIL WIGGIN,

            Plaintiff,

     v.

WILLIAM ROLLINS, R. BEDNACZYK,
RICHARD ENDERS, BO GUESCHEL,
MARK BEITER, MARY KEPPLER,
ROBERTA KANIVE, TIM PANEK,
YELENA BROKHIS, SHERYL
ALBERT, FRANK LONGANO, KELLY
REMY MARTHA NEWLON, FRED
NAVARRO, J. DAVID KENNEDY,
STEVE HAMMOND, LONIE
FIGUEROA, JOHN DOMINOSKI,
RANDALL PIERCE, SARAH SMITH,
DEAN KAO, FLO FADELE, JOHN DOE
NOS. 1-2,

           Defendants.

CASE NO. C13-5057 BHS/KLS

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA
PAUPERIS*

16

17

18

19

20

21

22

23

24

     The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* does hereby find and **ORDER**:

     Plaintiff's declaration indicates he is unable to afford the Court's filing fee or give security therefor. Accordingly, Plaintiff's application to proceed as a pauper is **GRANTED. As set forth below, an initial partial filing fee will be collected, and Plaintiff is required to make monthly payments of 20 percent of the preceding months income credited to his/her account until the full amount of the filing fee is satisfied.**

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS- 1

1    Pursuant to 28 U.S.C. § 1915 and Plaintiff's approved application to proceed *in forma*

2  *pauperis*, the agency having custody of the above named Plaintiff is directed to calculate an

3  initial partial filing fee equal to 20 percent of greater of -- the average monthly deposits to the

4  prisoner's account or the average monthly balance in the prisoner's account for the 6-month

5  period immediately preceding the date of this Order.  The initial partial filing fee should be

6  forwarded to the Court Clerk as soon as practicable.

7    Subsequently, if the prisoner's account exceeds $10.00, each month the agency is

8  directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's

9  income credited to the prisoner's account.   In the event that the monthly payment would reduce

10  the prisoner's account below $10.00, the agency should collect and forward only that amount

11  which would reduce the prisoner's account to the $10.00 level.  Please note that this $10.00 limit

12  does not apply to the initial partial filing fee described above.  Finally, the monthly payments

13  should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter

14  has been paid.

15    The Clerk is directed to send Plaintiff a copy of this Order and the General Order, along

16  with a copy of Plaintiff's Acknowledgment and Authorization portion of the IFP application to

17  the attention of the inmate account manager of the IFP account manager at the Stafford Creek

18  Corrections Center, Washington.

19    **DATED** this <u>1st</u> day of February, 2013.

20

21
　　　　　　　　　　　　　　　　Karen L. Strombom
22　　　　　　　　　　　　　　　　United States Magistrate Judge

23

24

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS- 2