1
2
3
4                      UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
                                  AT TACOMA
5
6   JAMES O'NEIL WIGGIN,

                    Plaintiff,
7
        v.
8                                                    CASE NO. C13-5057 BHS/KLS
    WILLIAM ROLLINS, R. BEDNACZYK,
9   RICHARD ENDERS, BO GUESCHEL,               ORDER GRANTING APPLICATION
    MARK BEITER, MARY KEPPLER,                 TO PROCEED *IN FORMA*
10  ROBERTA KANIVE, TIM PANEK,                 *PAUPERIS*
    YELENA BROKHIS, SHERYL
11  ALBERT, FRANK LONGANO, KELLY
    REMY MARTHA NEWLON, FRED
12  NAVARRO, J. DAVID KENNEDY,
    STEVE HAMMOND, LONIE
13  FIGUEROA, JOHN DOMINOSKI,
    RANDALL PIERCE, SARAH SMITH,
14  DEAN KAO, FLO FADELE, JOHN DOE
    NOS. 1-2,
15
                    Defendants.
16
        The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* does
17
    hereby find and **ORDER**:
18
        Plaintiff's declaration indicates he is unable to afford the Court's filing fee or give
19
    security therefor.  Accordingly, Plaintiff's application to proceed as a pauper is **GRANTED.  As**
20
    **set forth below, an initial partial filing fee will be collected, and Plaintiff is required to**
21
    **make monthly payments of 20 percent of the preceding months income credited to his/her**
22
    **account until the full amount of the filing fee is satisfied.**
23
24

1  Pursuant to 28 U.S.C. § 1915 and Plaintiff's approved application to proceed *in forma*
2  *pauperis*, the agency having custody of the above named Plaintiff is directed to calculate an
3  initial partial filing fee equal to 20 percent of greater of -- the average monthly deposits to the
4  prisoner's account or the average monthly balance in the prisoner's account for the 6-month
5  period immediately preceding the date of this Order.  The initial partial filing fee should be
6  forwarded to the Court Clerk as soon as practicable.

7  Subsequently, if the prisoner's account exceeds $10.00, each month the agency is
8  directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's
9  income credited to the prisoner's account.   In the event that the monthly payment would reduce
10 the prisoner's account below $10.00, the agency should collect and forward only that amount
11 which would reduce the prisoner's account to the $10.00 level.  Please note that this $10.00 limit
12 does not apply to the initial partial filing fee described above.  Finally, the monthly payments
13 should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter
14 has been paid.

15 The Clerk is directed to send Plaintiff a copy of this Order and the General Order, along
16 with a copy of Plaintiff's Acknowledgment and Authorization portion of the IFP application to
17 the attention of the inmate account manager of the IFP account manager at the Stafford Creek
18 Corrections Center, Washington.

19 **DATED** this <u>1st</u> day of February, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS- 2