UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES O'NEIL WIGGIN,

          Plaintiff,

v.

WILLIAM ROLLINS, et al.,

          Defendants.

CASE NO. C13-5057BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's Motion for Preliminary Hearing on Injunctive Relief (Dkt. 7) is **STRICKEN** from the Court's docket.

Dated this 6th day of March, 2013.

                                                   */s/ Benjamin H. Settle*
                                                   BENJAMIN H. SETTLE
                                                   United States District Judge

ORDER