1

2

3                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
4                                       AT TACOMA

5
        JAMES O'NEIL WIGGIN,
6
                        Plaintiff,
7
               v.
8                                                      CASE NO. C13-5057 BHS/KLS
        WILLIAM ROLLINS, R. BEDNACZYK,
9       RICHARD ENDERS, BO GUESCHEL,            ORDER GRANTING PLAINTIFF'S
        MARK BEITER, MARY KEPPLER,              MOTION TO EXTEND
10      ROBERTA KANIVE, TIM PANEK,
        YELENA BROKHIS, SHERYL
11      ALBERT, FRANK LONGANO, KELLY
        REMY MARTHA NEWLON, FRED
12      NAVARRO, J. DAVID KENNEDY,
        STEVE HAMMOND, LONIE
13      FIGUEROA, JOHN DOMINOSKI,
        RANDALL PIERCE, SARAH SMITH,
14      DEAN KAO, FLO FADELE, JOHN DOE
        NOS. 1-2,
15
                        Defendants.
16
               Before the Court are Plaintiff's motion for a sixty day extension to file his response to
17
        Defendants' motion for summary judgment (ECF No. 27) and motion to expedite consideration
18
        of his motion for an extension (ECF No 28).  Defendants are not opposed to the extension.  ECF
19
        No. 30.
20
               Accordingly, it is **ORDERED:**
21
               (1)     Plaintiff's motions (ECF Nos.  27 and 28) are **GRANTED.**
22

23

24

ORDER GRANTING PLAINTIFF'S MOTION TO
EXTEND- 1

1     (2)     Plaintiff shall file his response to Defendants' motion for summary judgment

2  (ECF No. 23) **on or before June 24, 2013**.  Defendants may file a reply **on or before June 28,**

3  **2013.**

4     (3)     The Clerk shall **re-note** Defendants' motion for summary judgment (ECF No.23)

5  for **June 28, 2013**, and send a copy of this Order to Plaintiff and counsel for Defendants.

6     **DATED** this   11th   day of April, 2013.

7

8

Karen L. Strombom

9

United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING PLAINTIFF'S MOTION TO
EXTEND- 2