UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES O'NEIL WIGGIN,

    Plaintiff,

v.

WILLIAM ROLLINS, R. BEDNACZYK, RICHARD ENDERS, BO GUESCHEL, MARK BEITER, MARY KEPPLER, ROBERTA KANIVE, TIM PANEK, YELENA BROKHIS, SHERYL ALBERT, FRANK LONGANO, KELLY REMY MARTHA NEWLON, FRED NAVARRO, J. DAVID KENNEDY, STEVE HAMMOND, LONIE FIGUEROA, JOHN DOMINOSKI, RANDALL PIERCE, SARAH SMITH, DEAN KAO, FLO FADELE, JOHN DOE NOS. 1-2,

    Defendants.

CASE NO. C13-5057 BHS/KLS

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND

    Before the Court are Plaintiff's motion for a sixty day extension to file his response to Defendants' motion for summary judgment (ECF No. 27) and motion to expedite consideration of his motion for an extension (ECF No 28). Defendants are not opposed to the extension. ECF No. 30.

    Accordingly, it is **ORDERED:**

    (1)    Plaintiff's motions (ECF Nos. 27 and 28) are **GRANTED.**

1     (2)    Plaintiff shall file his response to Defendants' motion for summary judgment (ECF No. 23) **on or before June 24, 2013**. Defendants may file a reply **on or before June 28, 2013.**

4     (3)    The Clerk shall **re-note** Defendants' motion for summary judgment (ECF No.23) for **June 28, 2013**, and send a copy of this Order to Plaintiff and counsel for Defendants.

    **DATED** this   11th   day of April, 2013.

    Karen L. Strombom
    United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND- 2