UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES O'NEIL WIGGIN,

        Plaintiff,

   v.

WILLIAM ROLLINS, R. BEDNACZYK, RICHARD ENDERS, BO GUESCHEL, MARK BEITER, MARY KEPPLER, ROBERTA KANIVE, TIM PANEK, YELENA BROKHIS, SHERYL ALBERT, FRANK LONGANO, KELLY REMY, MARTHA NEWLON, FRED NAVARRO, J. DAVID KENNEDY, STEVE HAMMOND, LONIE FIGUEROA, JOHN DOMINOSKI, RANDALL PIERCE, SARAH SMITH, DEAN KAO, FLO FADELE, JOHN DOE NOS. 1-2,

        Defendants.

CASE NO. C13-5057 BHS/KLS

ORDER GRANTING MOTON TO STRIKE

    Before the Court is Plaintiff's Motion to Strike.  ECF No. 43.  Plaintiff moves to strike his previously filed Motion to Accept Overlength Response Brief (ECF No. 42) as moot.  By Order dated June 7, 2013, the Court granted Plaintiff's motion to stay Defendants' motion for summary judgment.  ECF No. 40.

    Accordingly, it is **ORDERED:**

    (1)    Plaintiff's motion to strike (ECF No. 43) is **GRANTED**; Plaintiff's motion to Accept Overlength Response Brief (ECF No. 42) is **STRICKEN.**

1  (2)  The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

3  **DATED** this   19th   day of June, 2013.

Karen L. Strombom
United States Magistrate Judge