1

2

3

4                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                                AT TACOMA
5

6    JAMES O'NEIL WIGGIN,

7                    Plaintiff,

8           v.                                    CASE NO. C13-5057 BHS/KLS

9    WILLIAM ROLLINS, R. BEDNACZYK,               ORDER DENYING MOTION FOR
     RICHARD ENDERS, BO GUESCHEL,                 EXTENSION OF DISCOVERY
10   MARK BEITER, MARY KEPPLER,                    DEADLINE
     ROBERTA KANIVE, TIM PANEK,
11   YELENA BROKHIS, SHERYL
     ALBERT, FRANK LONGANO, KELLY
12   REMY, MARTHA NEWLON, FRED
     NAVARRO, J. DAVID KENNEDY,
13   STEVE HAMMOND, LONIE
     FIGUEROA, JOHN DOMINOSKI,
14   RANDALL PIERCE, SARAH SMITH,
     DEAN KAO, FLO FADELE, JOHN DOE
15   NOS. 1-2,

16                   Defendants.

17          Before the Court is Plaintiff's Motion to Extend Discovery Deadline.  ECF No. 46.

18   Plaintiff also filed a motion to compel, which is noted for the Court's consideration on July 19,

19   2013.  ECF No. 52.  By Order dated April 9, 2013, the discovery deadline is set for October 4,

20   2013.  ECF No. 26.  Therefore, Plaintiff's motion to extend the discovery deadline is premature.

21   In the event Plaintiff requires additional time for discovery or the parties are not able to resolve

22   their discovery disputes, he can request an extension of the discovery deadline at that time.

23          Accordingly, it is **ORDERED:**

24

1        (1)      Plaintiff's motion to extend the discovery deadline (ECF No. 46) is **DENIED**

2   **without prejudice.**

3        (2)      The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

4

5   **DATED** this 10th day of July, 2013.

6

7

8                                                    Karen L. Strombom
                                                     United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING MOTION FOR EXTENSION
OF DISCOVERY DEADLINE- 2