|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | UNITED STATES DISTRICT COURT | |
| 4 | WESTERN DISTRICT OF WASHINGTON AT TACOMA | |
| 5 | | |
| 6 | JAMES O'NEIL WIGGIN, | |
| 7 | Plaintiff, | |
| 8 | v. | |
| 9 | WILLIAM ROLLLINS, RICHARD ENDERS, MARK BEITER, MARY KEPPLER, ROBERTA KANIVE, TIM PANEK, SHERYL ALBERT, FRANK LONGANO, KELLY REMY, MARTHA NEWLON, FRED NAVARRO, J. DAVID KENNEDY, STEVE HAMMOND, CHRIS LOFGREN, C. PHILLIPS, LONIE FIGUEROA, JOHN DOMINOSKI, RANDALL PIERCE, SARAH SMITH, DEAN KAO, FLO FADELE, DALE FETROE, EDWARD HOPFNER, INDA HERTZ, JOHN HURLEY, SANDRA CONNER, BENJAMIN RODRIGUEZ, CAROL THAMERT, JONATHAN NEALL, RAMON RELYEA, JACKIE SHUEY, EVELYNE DRYER, SCOTT LIGHT, MARY COLTER, LISA ANDERSON-LONGANO, PHU NGO, MICHAEL FURST, DALE KRAMP, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, | CASE NO. C13-5057 BHS/KLS  ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE COUNSEL |
|   | Defendants. | |

Before the Court is Defendant Evelyn Dreyer's Stipulated Motion to Substitute Counsel. ECF No. 91. Defendant Dreyer requests that William H. Walsh and Todd T. Williams of Corr Cronin Michelson Baumgardner & Preece LLP be substituted as counsel of record for Defendant

Dreyer in place of Candie M. Dibble of the Office of the Attorney General of Washington, Corrections Division. *Id.*

Pursuant to Rule 83.2(b) Local Rules W.D.Wa., no attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court. Leave shall be obtained by filing a motion or a stipulation and proposed order for withdrawal or, if appropriate, by complying with the requirement of CrR 5(g). A motion for withdrawal shall be noted in accordance with LCR 7(d)(3) or CrR 12(c)(7) and shall include a certification that the motion was served on the client and opposing counsel.

It is **ORDERED**:

(1)  The Stipulated Motion to Substitute Counsel (ECF No. 91) is **GRANTED.** William H. Walsh and Todd T. Williams of Corr Cronin Michelson Baumgardner & Preece LLP are substituted as counsel of record for Defendant Dreyer in place of Candie M. Dibble of the Office of the Attorney General of Washington, Corrections Division.

(2)  The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 20th day of August, 2013.

Karen L. Strombom
United States Magistrate Judge