UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES O'NEIL WIGGIN,

        Plaintiff,

  v.

WILLIAM ROLLLINS, RICHARD ENDERS, MARK BEITER, MARY KEPPLER, ROBERTA KANIVE, TIM PANEK, SHERYL ALBERT, FRANK LONGANO, KELLY REMY, MARTHA NEWLON, FRED NAVARRO, J. DAVID KENNEDY, STEVE HAMMOND, CHRIS LOFGREN, C. PHILLIPS, LONIE FIGUEROA, JOHN DOMINOSKI, RANDALL PIERCE, SARAH SMITH, DEAN KAO, FLO FADELE, DALE FETROE, EDWARD HOPFNER, INDA HERTZ, JOHN HURLEY, SANDRA CONNER, BENJAMIN RODRIGUEZ, CAROL THAMERT, JONATHAN NEALL, RAMON RELYEA, JACKIE SHUEY, EVELYNE DRYER, SCOTT LIGHT, MARY COLTER, LISA ANDERSON-LONGANO, PHU NGO, MICHAEL FURST, DALE KRAMP, WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

        Defendants.

CASE NO. C13-5057 BHS/KLS

ORDER RE: MOTIONS FOR OVERLENGTH BRIEF

    Before the Court is Plaintiff's motion to file an overlength brief in opposition to Defendant Dreyer's motion to dismiss. ECF No. 104. Plaintiff's proposed response is attached

ORDER RE: OVERLENGTH BRIEF - 1

1  to his motion. ECF No. 104-1. Plaintiff also filed a motion to expedite. ECF No. 107. Neither
2  motion is necessary and shall be denied as moot.
3       Pursuant to Rule 7(e)(3) of the local rules, motions to dismiss *and* briefs in opposition
4  shall not exceed 24 pages. (Reply briefs are limited to 12 pages). Plaintiff's proposed response
5  is 20 pages.
6       Accordingly, it is **ORDERED**:
7       (1)    Plaintiff's motions (104 and 107) are **DENIED as moot**
8       (2)    The Clerk is directed to docket Plaintiff's proposed response (ECF No.
9  104-1) as his response to Defendant Dyer's motion to dismiss and to send a copy of this
10 Order to Plaintiff and counsel for Defendants.
11      **DATED** this 13th day of September, 2013.

                                      Karen L. Strombom
                                      United States Magistrate Judge