UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES O'NEIL WIGGIN,

    Plaintiff,

v.

WILLIAM ROLLINS, et al.,

    Defendants.

CASE NO. C13-5057 BHS-KLS

ORDER DENYING SECOND MOTION TO COMPEL

Plaintiff again requests the Court to order the Defendants to produce paper copies of discovery responses, create typed, transcribed reports of all of his medical records, and to produce the May 28, 2010 video tape surveillance from the Washington Corrections Center. Dkt. 146 at 6-7. The Court has previously denied these requests and stayed all discovery in this case pending adjudication of Defendants' motion for summary judgment. Dkt. 143.

Accordingly, it is **ORDERED:**

(1) Plaintiff's second motion to compel (Dkt. 146) is **DENIED.**

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 10th day of December, 2013.

*[signature]*

Karen L. Strombom
United States Magistrate Judge